## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT ALLEN WILKINS**                                              **PLAINTIFF**

**VS.**                           **No. 4:20-cv-00938 PSH**

**KILOLO KIJAKAZI,[1] Acting Commissioner,**
**Social Security Administration**                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded

for further proceedings.  This is a "sentence four" remand within the meaning of

42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]

Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and
is substituted for Andrew Saul as defendant.  Fed. R. Civ. P. 25(d).