IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT ALLEN WILKINS**                                                    **PLAINTIFF**

VS.                           CASE NO. 4:20CV00938 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                 **DEFENDANT**

### ORDER

Now before the Court is plaintiff Robert Allen Wilkins' ("Wilkins") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is granted, and the EAJA award in the amount of $6,744.05 is approved. The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Wilkins, and not his attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Wilkins, in care of his attorney, Martin W. Long, and shall mail the check to Mr. Long at his Wylie, Texas, address (P.O. Box 2333, Wylie, TX 75098).

1

IT IS SO ORDERED this 22nd day of September, 2021.

                                                                                                    
_____
UNITED STATES MAGISTRATE JUDGE